MARTIN MANION, Respondent, v. PEOPLES BANK OF JOHNSTOWN, as Trustee under the Will of Hoel J. McElwain, Appellant, and Rose Manion, Defendant-Respondent.—

Hill, P. J., Crapser, Heffernan and Schenck, JJ., concur; Bliss, J., dissents.